United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-11022-amc
Darryl L. Norris                                                Chapter 13
Debra L. Norris
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa                 Page 1 of 1              Date Rcvd: Mar 24, 2020
                              Form ID: pdf900            Total Noticed: 5
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
db/jdb         +Darryl L. Norris,    Debra L. Norris,    914 N. Walnut Street,    Coatesville, PA 19320-1851
cr             +Deutsche Bank National Trust Company as Trustee fo,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
cr             +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 25 2020 03:29:58
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 03:29:56       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2020 at the address(es) listed below:
              GARY E. THOMPSON    on behalf of Joint Debtor Debra L. Norris get24esq@aol.com
              GARY E. THOMPSON    on behalf of Debtor Darryl L. Norris get24esq@aol.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Valley jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance, a division of Capital
               One, N.A. jschwartz@mesterschwartz.com
              KEVIN M. BUTTERY    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
                Merrill  Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 kbuttery@rascrane.com
              KEVIN W. LYNCH    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
                Merrill  Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 kwlynch@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
                Merrill  Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Darryl L. Norris<br>         Debra L. Norris<br>                            Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1<br>                            Movant<br>          vs. | NO. 18-11022 AMC |
| Darryl L. Norris<br>Debra L. Norris<br>                            Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>                            Trustee | |

**ORDER**

AND NOW, this _____ day of _____, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 914 North Walnut Street, Coatesville, PA 19320 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: March 24, 2020**

_____
United States Bankruptcy Judge.