**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 18-11022-AMC

DARRYL L NORRIS
DEBRA L NORRIS
914 N. WALNUT STREET

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DARRYL L NORRIS
    DEBRA L NORRIS
    914 N. WALNUT STREET

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087-

Date: 2/23/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee