United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-11022-amc
Darryl L. Norris     Chapter 13
Debra L. Norris
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 11, 2021     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl L. Norris, Debra L. Norris, 914 N. Walnut Street, Coatesville, PA 19320-1851 |
| cr | + | Deutsche Bank National Trust Company as Trustee fo, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 14078436 | + | Deutsche Bank National Trust, Nationstar Mortgage LLC D/B/A Mr.Cooper, PO BOX 619094, Dallas TX 75261-9094 |
| 14467235 | + | Deutsche Bank National Trust Company as Trustee fo, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14204471 | + | Deutsche Bank National Truste Co., as Trustee for Merrill Lynch Mortgage, c/o RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170 Duluth GA 30097-8461 |
| 14088838 | + | James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14101324 | | Kevin W. Lynch, Esquire, Deutcshe Bank, 1240 N. Myrtlewood St., Philadelphia, PA 19121-4515 |
| 14056585 | + | Mr. Cooper, POB 60516, City of Industry, CA 91716-0516 |
| 14203867 | + | RAS CRANE, LLC, BANKRUPTCY DEPARTMENT, DEUTSCHE BANK NATIONAL, 10700 ABBOTT'S BRIDGE ROAD,, SUITE 170 DULUTH, GA 30097-8461 |
| 14069996 | + | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14056586 | + | Santander Consumer, POB 660633, Dallas, TX 75266-0633 |
| 14088389 | + | Township of Valley, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14056587 | + | Township of Valley, c/o Portnoff Law, POB 391, Norristown, PA 19404-0391 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 12 2021 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2021 02:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 12 2021 02:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 12 2021 00:50:53 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 12 2021 00:47:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14059626 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 12 2021 00:50:53 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14074673 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 12 2021 00:50:53 | Capital One Auto Finance, c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14056582 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 12 2021 00:50:52 | Capital One/HSBC, POB 30285, Salt Lake City, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 14056583 | + | Email/Text: bnc-bluestem@quantum3group.com | May 12 2021 02:01:00 | UT 84130-0285<br>Fingerhut, POB 166, Newark, NJ 07101-0166 |
| 14056584 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 12 2021 02:01:00 | GM Financial, POB 183123, Arlington, TX 76096-3123 |
| 14087574 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 12 2021 02:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14085944 | + | Email/Text: bankruptcydpt@mcmcg.com | May 12 2021 02:01:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14057701 | + | Email/PDF: rmscedi@recoverycorp.com | May 12 2021 00:50:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Township of Valley, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021              Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY E. THOMPSON | on behalf of Debtor Darryl L. Norris get24esq@aol.com |
| GARY E. THOMPSON | on behalf of Joint Debtor Debra L. Norris get24esq@aol.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Valley jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| KEVIN M. BUTTERY | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 cdigianantonio@rascrane.com |
| KEVIN W. LYNCH | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 kwlynch@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust Mortgage |

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: May 11, 2021  Form ID: pdf900  Total Noticed: 26

Loan Asset-Backed Certificates, Series 2007-MLN1 bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | Chapter 13 |
| DARRYL L NORRIS | |
| DEBRA L NORRIS | |
| | |
| Debtor | Bankruptcy No. 18-11022-AMC |

# **O R D E R**

  **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: May 11, 2021

———————————————————
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-


Debtor:
DARRYL L NORRIS
DEBRA L NORRIS
914 N. WALNUT STREET

COATESVILLE, PA 19320